## UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: 24CR0628-BAS |
| ) | |
| v. ) | |
| ) | |
| BRYAN CHRISTOPHER KOMINIAK ) | |
| ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
       (✓) Ad Prosequendum             ( ) Ad Testificandum.

Name of Detainee: Bryan Christopher Kominiak
Detained at (custodian): Attn: Warden, George Bailey Detention Facility

Detainee is:   a.)  (✓) charged in this district by:
                 (✓) Indictment    ( ) Information    ( ) Complaint
                 Charging Detainee With: Sexual Exploitation of a Minor (18 U.S.C § 2251 (a) and (e)
or   b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  (✓) return to the custody of detaining facility upon termination of proceedings
or   b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Status Hearing: Tuesday, April 23, 2024; Detention Hearing: Thursday, April 25, 2024; and Motion Hearing: Monday, May 20, 2024.

I hereby attest and certify on __4/22/24__
That the foregoing document is a full, true and correct
~~copy of the original on file in my office and in my legal custody.~~

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Signature: _[signature]_
Printed Name & Phone no.: Amanda L. Griffith, 619-546-4179
Attorney of Record for: United States of America

By _[signature]_ Deputy

### WRIT OF HABEAS CORPUS
    (✓) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__Apr 22, 2024__
Date

_Barbara L. Major_ [SEAL]
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if applicable): | ☑ Male   ☐ Female |
| Booking or Fed. Reg. #: 23748985 | DOB: 01/05/1983 |
| Facility Address: 446 Alta Road, Suite 5300 | Race: |
| San Diego, CA 92158 | FBI#: |
| Facility Phone: (619) 409-5000 | |
| Currently Incarcerated For: | |

### RETURN OF SERVICE

Executed on: _____   by: _____

                                (Signature)

Form Crim-48                                                  Revised 7/25/14

_[Stamp: PLEASE RECEIPT AND RETURN]_