# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No:   24CR0628-BAS |
| | ) | |
| v. | ) | |
| BRYAN CHRISTOPHER KOMINIAK | ) | |
| | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (✓) Ad Prosequendum                                       ( ) Ad Testificandum.

Name of Detainee:   Bryan Christopher Kominiak
Detained at (custodian):  Attn: Warden, George Bailey Detention Facility

Detainee is:    a.)     (✓) charged in this district by:
                           (✓) Indictment      ( ) Information      ( ) Complaint
                            Charging Detainee With:   Sexual Exploitation of a Minor (18 U.S.C § 2251 (a) and (e)
or      b.)      ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      ( ) return to the custody of detaining facility upon termination of proceedings
or      b.)      ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility
     c.)      (X) Detainee is to be brought into federal custody on April 29, 2024 to allow him to meet with defense counsel and prepare for a Detention Hearing set on Tuesday, April 30, 2024 before United States Magistrate Judge Barbara L. Major. Detainee is to remain in federal custody from April 29, 2024, until the conclusion of the Motion Hearing set on Monday, May 20, 2024 before United States District Judge Cynthia A. Bashant.

I hereby attest and certify on 4/25/24
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Signature: _____
Printed Name & Phone no.:  Amanda L. Griffith, 619-546-4179
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
     (✓) Ad Prosequendum                  ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the name detainee, on the date and time received above, and any further proceeding to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Apr 25, 2024
Date

_Barbara L Major_
United States ~~District~~/Magistrate Judge

(SEAL)

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☑ Male | ☐ Female |
| Booking or Fed. Reg. #: | 23748985 | DOB: | 01/05/1983 |
| Facility Address: | 446 Alta Road, Suite 5300 | Race: | |
| | San Diego, CA 92158 | FBI#: | |
| Facility Phone: | (619) 409-5000 | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on: _____    by: _____

_____
(Signature)

Form Crim-48                                                                                                                                   Revised 7/25/14